```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09794
    APRIL C LAMBEAU
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-0820


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 05/31/07 and confirmed on 10/23/07.

    2.   The case was converted to Chapter 7 after confirmation, 09/03/2008.

    3.   The Debtor paid a total of $   2835.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1028.95 | .00 | 58.51 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14561.89 | .00 | 828.07 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 2046.59 | .00 | 116.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6546.47 | .00 | 372.26 |
| ROUNDUP FUNDING LLC | UNSECURED | 1878.05 | .00 | 106.80 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1684.46 | .00 | 95.78 |
| CHASE BANK USA | UNSECURED | 2072.32 | .00 | 117.83 |
| WORLD FINANCIAL NETWORK | UNSECURED | 737.72 | .00 | 41.95 |
| LORD & TAYLOR | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATED RETAIL HOLDING | UNSECURED | 1808.91 | .00 | 102.86 |
| NATIONAL CITY MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 3186.60 | .00 | 181.20 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 10442.26 | .00 | 593.81 |
| WORLD FINANCIAL NETWORK | UNSECURED | 969.24 | .00 | 55.11 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 46963.46 | .00 | 46963.46 |
| PRINCIPAL PAID | .00 | .00 | 2670.56 | .00 | 2670.56 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                          .00            .00     2670.56           .00     2670.56
```
The Debtor's attorney, DEVONA & ASSOC                    , was allowed $          .00
and was paid $         .00 .

The Trustee received $    164.44 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/17/08                      /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE